# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Optical Sciences Company ) ASBCA No. 59426
)
Under Contract Nos. F29601-01-D-0239 )
F29601-03-C-0042 )
F29601-03-C-0188 )
FA9451-06-C-0028 )
FA9451-06-C-0032 )
FA9451-07-D-0169 )
FA9451-07-C-0209 )
FA9550-08-C0034 )
FA9451-10-D-0247 )
FA9451-10-D-0226 )

APPEARANCES FOR THE APPELLANT:     Lisa M. Marchese, Esq.
Kate Kennedy, Esq.
Jonathan A. DeMella, Esq.
  Davis Wright Tremaine LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

During an alternative dispute resolution mediation convened by the Board, the parties resolved their dispute and entered into an agreement settling this appeal. Pursuant to their Settlement Agreement, the parties have filed a "Joint Request for Dismissal with Prejudice" dated 20 August 2015. Accordingly, the appeal is hereby dismissed with prejudice.

Dated: 24 August 2015

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59426, Appeal of Optical Sciences Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals